IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR COTA *aka Omar Cota-Lopez* and TOMAS COTA,<br><br>Defendants. | CR 16-04-BLG-SPW-1<br><br>ORDER |

Upon the Defendant, Omar Cota's Motion to Withdraw Robert L. Kelleher, Jr. (Doc. 54), and for good cause appearing,

**IT IS HEREBY ORDERED** that Robert J. Kelleher be relieved of all legal duties to Omar Cota and that new counsel be appointed as counsel of record for all further proceedings, pursuant to 18 U.S.C. § 3006A.

Further, pursuant to the Criminal Justice Act, *supra*, Brian P. Fay, CJA Panel Attorney, is reappointed for all further proceedings.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 21st day of October, 2016.

SUSAN P. WATTERS
United States District Judge